No. 10-8581. David A. Bardes, Petitioner v. John M. Magera, Individually and in His Official Capacity as State's Attorney for South Carolina Department of Social Services, et al.

563 U.S. 907, 131 S. Ct. 1788, 179 L. Ed. 2d 660, 2011 U.S. LEXIS 2547.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 862.

No. 10-8586. Ryan E. Porter, Petitioner v. George Neotti, Acting Warden.

563 U.S. 907, 131 S. Ct. 1789, 179 L. Ed. 2d 660, 2011 U.S. LEXIS 2492.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8592. Paul E. Dalrymple, Petitioner v. Brett Purdum.

563 U.S. 907, 131 S. Ct. 1789, 179 L. Ed. 2d 660, 2011 U.S. LEXIS 2591.

March 28, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Ross County, denied.

No. 10-8593. Leroy R. DeHaven, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.

563 U.S. 907, 131 S. Ct. 1789, 179 L. Ed. 2d 660, 2011 U.S. LEXIS 2421.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 401 Fed. Appx. 264.

No. 10-8596. Adam Shelton, Jr., Petitioner v. Mike Knowles, Warden, et al.

563 U.S. 907, 131 S. Ct. 1789, 179 L. Ed. 2d 660, 2011 U.S. LEXIS 2565.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 126.

No. 10-8603. Albert E. Paschal, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.

563 U.S. 907, 131 S. Ct. 1809, 179 L. Ed. 2d 660, 2011 U.S. LEXIS 2450.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 51 So. 3d 1155.

No. 10-8604. Corey E. Johnson, Petitioner v. Loretta K. Kelly, Warden.

563 U.S. 907, 131 S. Ct. 1790, 179 L. Ed. 2d 660, 2011 U.S. LEXIS 2555,

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 65.